## STANDRIDGE *v.* WILLIFORD-BURNS-RICE COMPANY.

FISH, C. J. A merchant inaugurated a cash sale at his place of business,
to be conducted under the following rules and regulations: "Beginning
Monday morning, March 12, any person who trades $1.00 paying cash
will receive a ticket, if he trades $10.00 he will be given ten tickets,
if he trades $50.00 he will be given fifty tickets. The tickets are num-
bered in duplicate form, the original to be placed in a sealed box, the
duplicate to be retained by the customer. The sealed box will be in
charge of disinterested parties who will have charge both of sealing of
the box at the beginning, and the opening of the box on the 28th day
of July, 1917, and the person holding the corresponding number to the
first ticket drawn will be given absolutely free a five-passenger Ford
automobile. There will be no deception about the deal, there can be
no fraud or favoritism. No one connected in any way with the firm,
that is, members of the firm, or clerks employed by the firm, will be
allowed to compete for the prize. A $1.00 purchase may win the new
Ford. It may be yours! It certainly will go to one of our cus-
tomers. Don't you want it? You may get it absolutely free. It may
be yours for the asking. Come in Monday and be among the first who
enter the contest." *Held*, that this was a gift-enterprise scheme, and
contrary to public policy. Penal Code, § 397; *Whitley* v. *McConnell*,
133 *Ga.* 738 (66 S. E. 933, 27 L. R. A. (N. S.) 287, 134 Am. St. R.
223); *Glennville Investment Co.* v. *Grace*, 134 *Ga.* 572 (68 S. E. 301, 29
L. R. A. (N. S.) 758); In a suit by one claiming to be the successful
drawer against the merchant, to enjoin him from having a second draw-
ing in the same contest on the contention that the plaintiff was not the
successful drawer, the refusal of an interlocutory injunction was proper,
as a court of equity will not enforce an agreement to pay a capital prize
in a lottery or gift enterprise.

*Judgment affirmed. All the Justices concur.*

No. 587. August 13, 1918.

Petition for injunction. Before Judge Cobb. Jackson superior
court. August 18, 1917.

*Cooley & Jackson*, for plaintiff.

*R. L. J. & S. J. Smith* and *W. W. Stark*, for defendant.